IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Nancy Burbine, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   14 C 8298 |
| | ) | |
| Dynamic Recovery Solutions, LLC, a | ) | Judge Kendall |
| South Carolina limited liability company, | ) | |
| International Collection Services, LLC, a | ) | |
| South Carolina limited liability company, | ) | |
| And AIS Services, LLC, a Delaware | ) | |
| limited liability company, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY
<u>DISMISSAL WITH PREJUDICE</u>**

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, hereby voluntarily dismisses her claims against the Defendants, with prejudice.

Dated:  December 23, 2014

One of Plaintiff's Attorneys

<u>/s/ David J. Philipps</u>
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com
mephilipps@aol.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on December 23, 2014, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following parties via U.S. Mail, first class postage pre-paid, on December 23, 2014.

Bess D. Lochocki
The Echols Firm, LLC
115 Oakland Avenue
Suite 102
P.O. Box 12645
Rock Hill, South Carolina 29731


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com